ROBERT C. O'BRIEN (SBN 154372)
JENNIFER C. TERRY (SBN 200541)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

THOMAS V. GIRARDI (SBN 36603)
STEPHEN G. LARSON (SBN: 45225)
VINCENT J. CARTER (SBN 208899)
**GIRARDI KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiff
Dr. Buzz Aldrin and StarrBuzz LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. BUZZ ALDRIN and STARBUZZ LLC, a California limited liability company,,<br><br>Plaintiff,<br><br>v.<br><br>TOPPS COMPANY, INC., a Delaware Corporation; and DOES 1-50,,<br><br>Defendant. | Case No. CV-10-09939-DDP-FMO<br><br>**EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT**<br><br>DATE: April 25, 2011<br>TIME: 10:00 A.M.<br>DEPT: 3 – Second Floor<br><br>Complaint Filed: December 27, 2010<br><br>[Filed Concurrently with Plaintiffs' Opposition to Defendant's Special Motion to Strike Plaintiff's Complaint] |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/428213.1

EVIDENCE IN SUPPORT OF OPP. TO MOTION
CV-10-09939-DDP-FMO

TABLE OF CONTENTS OF EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT*

Page

Exhibit 1 – Declaration of Dr. Buzz Aldrin In Support of Plaintiffs' Motion For Preliminary Injunction…………………………………………….2

Exhibit 2 – Declaration of Lisa Marie Cannon In Support of Plaintiffs' Motion For Preliminary Injunction…………………………………………….8

Exhibit 3 – Declaration of Jennifer C. Terry In Support of Plaintiffs' Motion For Preliminary Injunction…………………………………………...82

*All evidence attached hereto in support of Plaintiffs' Opposition to Defendant's Special Motion to Strike was also previously submitted in support of Plaintiffs' Motion for Preliminary Injunction [See Docket Nos. 19, 20, 21 and 22].

# EXHIBIT 1

## IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

[DECL. OF DR. BUZZ ALDRIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION]

EXHIBIT 1
PAGE 2

1  ROBERT C. O'BRIEN (SBN 154372)
   JENNIFER C. TERRY (SBN 200541)
2  **ARENT FOX LLP**
   555 West Fifth Street, 48th Floor
3  Los Angeles, CA 90013-1065
   Telephone: 213.629.7400
4  Facsimile: 213.629.7401

5  THOMAS V. GIRARDI (SBN 36603)
   STEPHEN G. LARSON (SBN: 45225)
6  VINCENT J. CARTER (SBN 208899)
   **GIRARDI KEESE**
7  1126 Wilshire Boulevard
   Los Angeles, California 90017
8  Telephone: (213) 977-0211
   Facsimile: (213) 481-1554

10 Attorneys for Plaintiff
   Dr. Buzz Aldrin and StarBuzz LLC

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. BUZZ ALDRIN and STARBUZZ LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TOPPS COMPANY, INC., a Delaware Corporation; and DOES 1-50, <br><br> Defendant. | Case No. CV-10-09939-DDP-FMO <br><br> **DECLARATION OF DR. BUZZ ALDRIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> DATE: April 25, 2011 <br> TIME: 10:00 A.M. <br> DEPT: 3 – Second Floor <br><br> Complaint Filed: December 27, 2010 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF DR. BUZZ ALDRIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION CV-10-09939-DDP-FMO

EXHIBIT 1
PAGE 3

## DECLARATION OF DR. BUZZ ALDRIN

I, Dr. Buzz Aldrin, hereby declare:

1. I am the Plaintiff is this action and a resident of the County of Los Angeles. I submit this declaration in support of the Motion for Preliminary Injunction. I have personal knowledge of the matters herein and could and would testify competently thereto.

2. During my life, I have pursued careers as, among other things, a pilot, astronaut, writer, lecturer and spokesperson. In each endeavor, I have devoted substantial time, energy and effort to be successful. The good will and recognition by the public which have resulted from my achievements in these fields are very important legacies of my life.

3. I was born in Montclair, New Jersey on January 20, 1930. In 1951, I graduated with honors from West Point where I was third in my class. After graduation, I became a fighter pilot in the Air Force and flew sixty-six combat missions in Korea.

4. In 1963, I earned a Doctorate in Astronautics from the Massachusetts Institute of Technology ("MIT"). While at MIT, I developed orbital rendezvous techniques which were subsequently used by the National Aeronautics Space Administration ("NASA") during manned space flights. That same year, I was selected by NASA to become one of the early astronauts.

5. In November 1966, I made my first space flight on Gemini XII. While orbiting Earth, I completed several space walks totaling five and one-half hours which set a new record for extra-vehicular activity.

6. In July 1969, I flew to the moon on Apollo XI. On July 20, 1969, Neil Armstrong and I became the first two men to walk on the moon.

7. After returning to Earth, the Apollo XI crew, including myself, embarked on an international good will tour after which we each received the Presidential Medal of Freedom. For the next approximately two years, I made

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECL. OF DR. BUZZ ALDRIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION CV-10-09939-DDP-FMO

EXHIBIT 1
PAGE 4

public appearances on behalf of NASA to promote space exploration and was presented with approximately fifty other awards and medals, both in the United States and abroad.

8. In 1971, I retired from NASA and returned to active duty with the Air Force. I was assigned to Edwards Air Force Base in California as commander of the Test Pilot School.

9. In 1972, I retired from the Air Force to enter business and pursue other interests. Since then, my primary focus has been to bolster America's role as a leader in manned space exploration. As part of this effort, I have actively participated in numerous space and science organizations worldwide. Additionally, I have assisted in the development of educational programs about manned space exploration. Further, I have lectured throughout the world on the latest concepts for manned space exploration.

10. I have authored articles on manned space exploration in magazine publications such as Popular Mechanics, The Explorers Journal, Discover Magazine, and Air and Space Smithsonian. Additionally, I have authored eight books, including three non-fiction books entitled "Magnificent Desolation" (a New York Times Best Seller), "Return to Earth" and "Men from Earth," which describe my journey to the moon as well as my perspective on America's future in space. The books I have authored also include two fiction novels entitled "Encounter with Tiber" and "The Return," and two illustrated children's books entitled "Reaching for the Moon" and "Look to the Stars" (both New York Times Best Sellers).

11. To advance manned space exploration, I have developed a concept referred to as the "Cycler", which involves a system of spacecrafts making perpetual orbits between Earth and Mars. Additionally, I have been awarded several patents, including a 1993 patent for my design of a permanent space station, a 2003 patent for my design of a flyback booster rocket, and a 2004 patent for my design of a multi-crew spacecraft module.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

DECL. OF DR. BUZZ ALDRIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION CV-10-09939-DDP-FMO

EXHIBIT 1
PAGE 5

12. I have lectured at several universities, including MIT, Stanford University, Harvard University, Georgetown University, the University of California, Irvine, the University of Colorado, the International Space University, and Rensselaer Polytechnic. In past years I served as a Board Member of the Clark University Department of Space Studies, and as a faculty member and Director of the Astronautics Program of the University of North Dakota.

13. I have appeared in television commercials for several corporations such as Fidelity Investments, Progressive Insurance, Equitable Life Assurance, Citroen, General Motors, Commodore Computers, Volkswagen, and Snapple Beverages. I have appeared in print advertisements for corporations such as Omega, Louis Vuitton, Phonak, Nortel Networks, Cunard Cruise Lines and Ellesse. I have licensed my name and likeness for television and print advertising campaigns for corporations such as UBS, Nike, Apple, Kodak, Honda, HBO, SanDisk, and Boeing.

14. I have endorsed, and continue to endorse, commercial products by, among other things, licensing the Visor Shot for commercial purposes.

15. I have been the keynote speaker at engagements for numerous corporations, associations and entities such as IBM, AT&T, New York Life, Verisign, Erickson, GTE, British Telecom, Opel, Toyota, the National Press Club, the Young Presidents Organization, and National Geographic. Additionally, I have devoted a significant amount of time to making personal appearances and speeches on behalf of not-for-profit, educational and charitable organizations.

16. In addition to the worldwide broadcast coverage of the Apollo XI mission and its aftermath, I have been interviewed on many television and radio programs regarding space exploration. Additionally, I have appeared on national television as a commentator during NASA space missions. These productions have been broadcast on ABC, CBS, NBC, PBS, CNN, Fox Business News, MSNBC, the Discovery Channel, BBC, ITV as well as on networks in France, Germany, Italy,

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

DECL. OF DR. BUZZ ALDRIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION CV-10-09939-DDP-FMO

EXHIBIT 1
PAGE 6

Holland, Sweden, and Australia. More recently, I have appeared on the popular television programs "Dancing with the Stars," WWE Raw Live, and the critically-acclaimed "30 Rock." I also maintain a website at www.buzzaldrin.com and www.buzzaldrin.net.

17. I have testified before Congress on a number of occasions on matters relating to America's space program, and have served on presidential-appointed commissions, such as the President's Commission on the Future of the US Aerospace Industry in 2002.

18. As regards to this lawsuit, I neither entered into any contractual agreements with nor received contractual payments from Defendant Topps Company, Inc. that authorized the use of my name, image or signature as part of the "Topps American Heritage: American Heroes Edition."

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on the 4th day of March, 2011, in Los Angeles, California.

_____
DR. BUZZ ALDRIN

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

DECL. OF DR. BUZZ ALDRIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION CV-10-09939-DDP-FMO

EXHIBIT 1
PAGE 7