# EXHIBIT 2

## (Part 1 of 3)

## IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFFS' COMPLAINT

**[DECL. OF LISA MARIE CANNON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION]**

ROBERT C. O'BRIEN (SBN 154372)
JENNIFER C. TERRY (SBN 200541)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

THOMAS V. GIRARDI (SBN 36603)
STEPHEN G. LARSON (SBN 145225)
VINCENT J. CARTER (SBN 208899)
**GIRARDI KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiff
Dr. Buzz Aldrin and StarBuzz LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. BUZZ ALDRIN and STARBUZZ LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TOPPS COMPANY, INC., a Delaware Corporation; and DOES 1-50,<br><br>Defendant. | Case No. CV-10-09939-DDP-FMO<br><br>**DECLARATION OF LISA MARIE CANNON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: April 25, 2011<br>TIME: 10:00 A.M.<br>DEPT: 3 – Second Floor<br><br>Complaint Filed: December 27, 2010 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL. OF LISA MARIE CANNON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION CV-10-09939-DDP-FMO

EXHIBIT 2
PAGE 9

## DECLARATION OF LISA MARIE CANNON

I, Lisa Marie Cannon, hereby declare:

1. I am the CEO and General Counsel of StarBuzz LLC, the entity that is the assignee of all intellectual property rights originally held by astronaut Dr. Buzz Aldrin, including his right of publicity. I have personal knowledge of the matters stated herein and could and would testify competently thereto.

2. One of the most famous of photographs of Dr. Aldrin is the "Visor Shot," or the full-body shot of Dr. Aldrin standing on the moon's surface with his left arm bent across his chest. The Eagle lunar landing module and fellow astronaut Neil Armstrong are mirrored in Dr. Aldrin's gold-plated visor. This photograph has graced the cover of countless world-renowned magazines, including the July 25, 1969 edition of Time magazine, the August 8, 1969 edition of Life magazine, and again, on the cover of Life magazine's "Collector's Edition" Spring 1998, in addition to countless television programs, movies, newspapers, magazines, history books, advertisements, and products. A true and correct copy of the Spring 1998 Life magazine cover is attached hereto as Exhibit A. In the October 1999 edition of National Geographic magazine, the Visor Shot was described as being "[n]early as famous as the words uttered on the moon by Neil Armstrong." A true and correct copy of relevant portions of the October 1999 edition of National Geographic are attached hereto as Exhibit B.

3. By reason of his fame and celebrity status, Dr. Aldrin has endorsed, and continues to endorse, commercial products by, among other things, licensing the Visor Shot for commercial purposes. For example, Dr. Aldrin has licensed his image, including the Visor Shot, for a fee to Apple Computers, Burton Snowboards, Pepsi, Nike, Kodak, AIG, CitiBank, Nestle Quick, Boeing, Fathead, SanDisk, Tommy Hilfiger, Grundig, Warner Bros., Merck, Phonak, and many others. True and correct copies of various licensed Aldrin endorsements are attached as Exhibit C. In fact, Omega watch brand originally infringed upon Dr. Aldrin's right of

publicity in the 1990's, but the relationship developed to the extent that Dr. Aldrin now formally acts as an ambassador spokesman for Omega and its Speedmaster Watch, including usage of the Visor Shot in the current print ad campaign. See Exhibit C. Many of these licensed items bearing Dr. Aldrin's image are sold over the www.buzzaldrin.com or www.buzzaldrin.net websites today. A true and correct copy of a screenshot of the www.buzzaldrin.com website dated March 3, 2011 is attached hereto as Exhibit D.

4. Among these endorsements, Dr. Aldrin sponsored and developed, in conjunction with The App Company, an educational application for the iPhone and iPad, "Buzz Aldrin Portal to Science and Space Exploration." Once the Application is downloaded to the iPad or iPhone, the Visor Shot appears on the iPad screen as the icon to access the Application. When the user clicks on the Visor Shot icon, the opening Application page is the full body shot of Dr. Aldrin in the Visor Shot, superimposed on a different photograph of the moon's surface, with the words "Buzz Aldrin: Portal to Science and Space Exploration," and a current picture of Dr. Aldrin in the foreground of the screen. See Exhibit C.

5. Through my efforts and the efforts of outside counsel, Dr. Aldrin has diligently policed the use of his image, including the Visor Shot, by sending cease and desist correspondence and/or initiating litigation to halt its unauthorized use. When misappropriation has occurred, violators have been required to stop using the image and/or pay license fees to Dr. Aldrin. He and StarBuzz have been successful in their efforts to enjoin the use of his name, image and identity for commercial purposes without his authorization. True and correct copies of representative court orders are attached hereto as Exhibit E. He has also been successful in settling many disputes with corporations who initially refused to recognize Dr. Aldrin's right of publicity. In these instances, these infringing companies, such as Capital One, Nestle Crunch Bar, Samsung, Action Products, Virgin America, Sony Pictures, TDK, California Milk Advisory Board, and Bacardi, have ultimately paid

him substantial settlement sums or retroactive license fees that collectively total seven figures. True and correct copies of various infringements of Dr. Aldrin's image which ultimately ended in settlement payments or retroactive license fees to Dr. Aldrin are attached as Exhibit F.

6. I was informed by Joel Barnett, a licensing agent engaged by StarBuzz for Dr. Aldrin, that on or about October 19, 2009, he met with defendant to explore licensing and branding opportunities for Dr. Aldrin. At the meeting, Mr. Barnett noticed the "Topps American Heritage: American Heroes Edition" trading cards ("American Heroes Trading Card Set") on display, which included the Visor Shot prominently featured on the top of the box. At that meeting, Mr. Barnett learned that Topps started to market and sell packages of the American Heroes Trading Card Set six months prior to their meeting.

7. After the meeting, Mr. Barnett sent an email to me which included a picture of the top of the American Heroes Trading Card Set and a picture of the trading card commemorating the 1966 Gemini XII mission which included a reproduction of the mission patch bearing Dr. Aldrin's name (the "Gemini Card"). True and correct copies of the photos sent to me by Mr. Barnett are attached hereto as Exhibit G.

8. I was also informed by Mr. Barnett that on October 23, 2009, he sent a follow-up email to Topps to inform them that any use of the Visor Shot in a commercial context must be licensed by StarBuzz LLC and Dr. Aldrin. In response, in an email dated October 27, 2009, an attorney for Topps, Ms. Heather Greenberg, responded that Topps disagreed with Mr. Barnett's position and that it would not seek a license from Dr. Aldrin. A true and correct copy of the October 23, 2009 Barnett email to Topps is attached hereto as Exhibit H. A true and correct copy of the Greenberg email to Barnett is attached hereto as Exhibit I.

9. Moreover, on two prior occasions, Topps sought and received a license for the use of Dr. Aldrin's name, likeness, image, or autograph on various trading

card products. For example, in 2001, Topps sought and received a one-year license from Dr. Aldrin to use his image on two trading cards within the "American Pie – Spirit of America" trading card set in exchange for a payment of $2,500. A true and correct copy of the fully executed Permission Agreement between Topps and Dr. Aldrin is attached hereto as Exhibit J. In addition, in 2007, Topps sought and received a license from Astronaut Scholarship Foundation, Inc. ("ASF"), a scholarship foundation established and maintained by astronauts, for the rights to use the name, image, portrait, likeness, photograph and autograph of various astronauts, including Dr. Aldrin, on one trading card in exchange for $60,000 paid to ASF. Dr. Aldrin agreed to this license and donated royalties to benefit the ASF scholarship foundation. A true and correct copy of the Promotion and License Agreement between ASF and Topps is attached hereto as Exhibit K.

10. Neither StarBuzz LLC nor Dr. Aldrin has entered into any licensing arrangement with defendant to procure the intellectual property rights for images, name and signature of Dr. Aldrin on the American Heroes Trading Card Set. Additionally, Dr. Aldrin did not receive contractual payments from Topps Company, Inc. for the use of his image in this regard.

11. Dr. Aldrin has attempted to resolve this matter without resorting to litigation, but Topps has refused to recognize his right of publicity in his name, likeness and image on the American Heroes Trading Card Set.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on the 4th day of March, 2011, in Los Angeles, California.

LISA MARIE CANNON

# EXHIBIT A

EXHIBIT 2
PAGE 14



With a wave of my hand, skim milk will now be called fat free milk. But this is no illusion. Skim milk has always been fat free. And it's always had all of the nutrients of whole milk, too. Which reminds me, it's time to perform my favorite bit of magic. Making it disappear.
MILK
Where's your mustache?
COLLECTOR'S EDITION
LIFE
This special commemorative edition contains all of the pictures and text from one of the most exciting magazine issues ever produced: LIFE's 1969 special report on the Apollo 11 mission. It was the beginning of a voyage of unimaginable discovery
SPECIAL EDITION
EXH A Pg 5

EXHIBIT 2
PAGE 15





SPECIAL EDITION
LIFE
TO THE MOON AND BACK
EXH A Pg 6

EXHIBIT 2
PAGE 16

# EXHIBIT B

EXHIBIT 2
PAGE 17



Case 2:10-cv-09939-DDP -FMO Document 21 Filed 03/04/11 Page 10 of 74 Page ID #:177
MILLENNIUM SUPPLEMENT: THE UNIVERSE
VOL. 196, NO. 4
OCTOBER 1999
NATIONAL GEOGRAPHIC
SECRETS OF THE GENE 42
SCIENCE 2 THE UNIVERSE 8 VALLEY OF THE MUMMIES 76
TRINIDAD, CUBA 88 GEORGE MALLORY 108 LAST DIVE OF I-52
EXH B Pg 7
OFFICIAL JOURNAL OF THE NATIONAL GEOGRAPHIC SOCIETY WASHINGTON, D.C.

EXHIBIT 2
PAGE 18

LUIS MARDEN

DEAN CONGER

NEIL A. ARMSTRONG, NASA

**KEEPING PACE ON THE LONG ROAD TO THE MOON**

Nearly as famous as the words uttered on the moon by astronaut Neil Armstrong—"That's one small step for a man, one giant leap for mankind"—was the photograph he took of Edwin "Buzz" Aldrin, which ran on the GEOGRAPHIC's December 1969 cover. The Apollo 11 mission "was the coming of age of the space program, for it was the 21st manned spaceflight for the United States," wrote Kenneth F. Weaver in that issue's 62 pages of coverage. Dozens of spaceflight articles were published, some on training, research, and testing during the "what if" era before the first manned Mercury missions of the early 1960s. What if an astronaut's capsule, returning from space into Earth's atmosphere, was buffeted out of control? At Lewis Space Center in Cleveland, Ohio, a "jet-powered whirligig" (top right) simulates such problems in a July 1960 story. The spinning test pilot regains control by using gas jets. His wild ride is outlined by lights on the chair's tubular framework. In 1955 Heinz Haber of the University of California examines a model of a four-stage, 180-foot-tall rocket; he holds a capsule that would allow a crewman outside the ship—a gleam in the eye of later designers.

Leeuwenhoek discovers microorganisms in 1674.

**■ 1700-1800**

*Systema Naturae*, published by Linnaeus in 1735, establishes his system for classifying and naming organisms.

Franklin shows that lightning is electricity in 1752 by flying a kite connected to a key.

Priestley describes "dephlogisticated air" in 1774. It is renamed oxygen five years later by Lavoisier, father of quantitative chemistry.

In 1781 Herschel discovers Uranus, the first new planet since prehistory.

Scientific geology begins in 1795 with Hutton's *Theory of the Earth*.

Jenner vaccinates against smallpox in 1798.

**■ 1800-1900**

Study of electricity and magnetism advances rapidly after Volta invents the electric battery, the first source of current electricity, in 1800. Ørsted connects electricity with magnetism in 1820, and in 1831 Faraday demonstrates electromagnetic induction.

Dalton sets out an atomic theory of matter in 1808.

A table of relative atomic weights is published by Berzelius in 1818.

In 1857 Pasteur reports that microorganisms cause fermentation; his work leads to the pasteurization of food.

In 1859 spectroscopy reveals the chemical composition of the stars.

Also in that year Darwin publishes *The Origin of Species*. Mendel's genetic laws of heredity come out in 1865 but are not included in evolution theory until 1900.

In 1864 Maxwell's equations describe electromagnetism.

The periodic table of elements is published by Mendeleyev in 1871.

Röntgen discovers x-rays in 1895, and rays emitted by natural elements—uranium, thorium, radium—are observed by Becquerel in 1896 and the Curies in 1898.

**■ 1900-present**

From 1900 to 1920 theoretical physics rethinks the microworld, adopting quantum mechanics.

Rutherford introduces the nuclear atom in 1911.

EXH B Pg 8

# EXHIBIT C

EXHIBIT 2
PAGE 20

Here's to the crazy ones.
The misfits.
The rebels.
The troublemakers.
The round pegs in the square holes.

The ones who see things differently.

They're not fond of rules.
And they have no respect for the status quo.

You can praise them, disagree with them, quote them,
disbelieve them, glorify or vilify them.
About the only thing you can't do is ignore them.

Because they change things.

They invent. They imagine. They heal.
They explore. They create. They inspire.
They push the human race forward.

Maybe they have to be crazy.
How else can you stare at an empty canvas and
see a work of art? Or sit in silence and hear a song
that's never been written? Or gaze at a red planet and see
a laboratory on wheels?

We make tools for these kinds of people.
While some see them as the crazy ones,
we see genius.

Because the people who are crazy enough to think
they can change the world, are the ones who do.

Think different.

EXH C Pg 9



Over fifty years ago, student
Buzz Aldrin discovered computing.
BUZZ ALDRIN
ASTRONAUT, APOLLO 11
EXH C Pg 10

EXHIBIT 2
PAGE 22

Case 2:10-cv-09939-DDP-FMO Document 21 Filed 03/04/11 Page 15 of 74 Page ID #:182
Burton
SNOWBOARDS

EXH C Pg 11



DDP-FMO Document 21 Filed 03/04/11 Page 16 of 74 Page ID #:183
GENERATIONEXT
EXH C Pg 12

EXHIBIT 2
PAGE 24



Case 2:10-cv-09939-DDP -FMO Document 21 Filed 03/04/11 Page 17 of 74 Page ID #:184
Nestlé
Quik
A SUR
SIGN
INTELLIGE
LIF
EXH C Pg 13

EXHIBIT 2
PAGE 25



Case 2:10-cv-09939-DDP -FMO Document 21 Filed 03/04/11 Page 18 of 74 Page ID #:185
GIANT LEAPS MOVE MANKIND FORWARD.
At Boeing, we're proud to salute NASA on the 35th anniversary of the Apollo 11 moon landing. And proud to celebrate the extraordinary accomplishments of our long partnership. A partnership that has taken the world to amazing places and will help take it to an even more amazing future.
BOEING
Forever New Frontiers
An Apollo 11 solar wind experiment.
11-1/8" Bleed
10-7/8" Trim
10" Live
7-1/4" Live
8-3/8" Trim
8-5/8" Bleed
Scale: 1.0" = 1"
FRONT LINE
Job Number: BOEG-IDS-IMG-0192M_Apollo_R1
Client: Boeing
Product: Commercial Airplane Company
Approved Date/Initials
Date: 2/27/04
File Name: BOEG-IDS-IMG-0192_Apollo_R1
Output printed at: 100%
Fonts: Helvetica (Bold), Helvetica (Plain), Agenda Light
Media: Quest for Space
Space/Color: Full Page-4-Color-Bleed
Live: 7-1/4 in x 10 in
Trim: 8-3/8 in x 10-7/8 in
Bleed: 8-5/8 in x 11-1/8 in
Production Artist: M. Nunes/D.Josias
Retoucher:
GCD: P. Serchuk
Creative Director: P. Serchuk
Art Director: P. DeKoninck
Copy Writer: P. Serchuk
Print Producer:
Account Executive: D. McAuliffe
Client: Boeing
Proof Reader:
Legal:
Traffic Manager: Traci Brown
Digital Artist:
Art Buyer:
Vendor: AGT
PUBLICATION NOTE: Guideline for general identification only. Do not use as insertion order. Material for this insertion is to be examined carefully upon receipt. If it is deficient or does not comply with your requirements, please contact Print Production at 310-407-4445.
EXH C Pg 14

EXHIBIT 2
PAGE 26

Buzz Aldrin - Astronaut - Space Exploration [illegible] Official Site Page 1 of 2

Home > Space Exploration > Space Exploration

SEE EVERYTHING YOU GET CLICK TO ZOOM

## Buzz Aldrin - Astronaut

Dimensions: 32"W x 64"H
Price: $99.99
Rating: Not Yet Rated

Earn 5% Cash Back
Shop Secure. Live Debt Free. Learn more...

Click Below for Alternate Product Views:

Like 28

Fathead GRAPHICS

You Might Also Like...

Outer Space
Add To Cart

Space Shuttle Endeavor
Add To Cart

**Fathead Makes A Great Gift:** If you know someone who is a Astronauts fan and you're looking for the right outer space gift, Fathead has the perfect present. Give that certain someone this Buzz Aldrin - Astronaut Fathead for their birthday, graduation, holidays or just because. This Astronauts gift is one that a Astronauts gift is one that a space fan will always remember.

**About Buzz Aldrin:** Buzz Aldrin attended the US Military Academy at West Point with a BS in mechanical engineering then recieved his Doctorate of Science in Astronautics from MIT. He was selected by NASA in 1963 into the third group of astronauts, the first with a doctorate and became known as "Dr. Rendezvous" for his knowledge and techniques that became critical to the Gemini and Apollo programs. He took part in the historic Apollo 11 moonwalk on July 20, 1969 with Neil Armstrong, to become the first two humans to set foot on the moon. Buzz and Neil spent 21 hours on the moon's surface. After returning, Buzz received the Presidential Medal of Freedom, the highest American peacetime award.

**Buzz Aldrin Rocket Hero:** Buzz Aldrin founded the nonprofit ShareSpace Foundation, which is devoted to further advancing space education, exploration and allowing for affordable space flight experiences for everyone. In 2008, he launched his Rocket Hero brand through his newest entity, StarBuzz LLC.

**About This Photograph:** Astronaut Buzz Aldrin, photographed by Neil Armstrong (visible in reflection along with the Lunar Module "Eagle"). Buzz Aldrin: "As I walked away from the Eagle Lunar Module, Neil said 'Hold it, Buzz', so I stopped and turned around, and then he took what has become known as the 'Visor photo.' I like this photo because it captures the moment of a solitary human figure against the horizon of the Moon, along with a reflection in my helmet's visor of our home away from home, the Eagle, and of Neil snapping the photo. Here we were, farther away from the rest of humanity than any two humans had ever ventured, yet in another sense we [illegible] connected to the [illegible] of millions watching us [illegible] miles away. In this one moment, the world came [illegible]

EXH C Pg 15

http://www.fathead.com/space-exploration/nasa/buzz-aldrin/ 3/3/2011

EXHIBIT 2
PAGE 27