**FILED**

**MAY 02 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DR. BUZZ ALDRIN; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TOPPS COMPANY, INC., a Delaware corporation, <br><br> Defendant - Appellee. | No. 11-56890 <br><br> D.C. No. 2:10-cv-09939-DDP-FMO <br> Central District of California, Los Angeles <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Stephen Liacouras
Circuit Mediator

SL/Mediation